HON. JAMES P. DONOHUE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  CR05-334RSL |
| Plaintiff, | ) | |
| | ) | ORDER AUTHORIZING |
| v. | ) | FOREIGN TRAVEL |
| | ) | |
| RAJINDER JOHAL, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT MANINDER SINGH KHATKAR requests permission to travel to Surrey BC, Canada from February 20th until February 22nd to attend the spreading of ashes of his recently deceased brother, Ranjit Singh Khatkar, and so he can assist his deceased brother's widow conclude her deceased husband's financial affairs. PTS Officer Todd Skipworth has been contacted and does not object. Assistant United States Attorney Sarah Y. Vogel has been contacted and does not object.

Accordingly the defense motion is GRANTED. The defendant may travel to Surrey BC Canada on February 20, 2006 and shall return to the United States on February 22, 2006. Upon his

return to the United States the defendant shall promptly contact his pretrial services officer.

All other conditions of the defendant's release shall remain in effect.

Dated this 21st day of February 2006.

/s/   JAMES P. DONOHUE
United States Magistrate Judge