# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR05-334L |
| v. | ORDER DENYING MOTION TO STRIKE |
| RAJINDER JOHAL, et al., | |
| Defendants. | |

This matter comes before the Court on defendant Maninder Singh Khatkar's "Motion to Strike Government's Request for Notice of Intended Alibi Defense - Rule 12.1" (Dkt. # 43). Defendant's motion to strike is DENIED. Defendant's response to the government's request should be within the spirit of the rule as to an alibi defense, to wit: whether there will be an alibi defense as to the overt acts enumerated in the government's request of February 6, 2006. The Court rejects defendant's contention that, under these facts, the government is misusing Rule 12.1 as a "broad discovery device."

DATED this 15th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING
MOTION TO STRIKE