UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAJINDER JOHAL, et al.,<br><br>    Defendants. | Case No. CR05-334L<br><br>ORDER GRANTING<br>MOTION FOR INSPECTION |

This matter comes before the Court on "Defendant Maninder Singh Khatkar's Motion for Inspection of Personnel Files of Law Enforcement Officers and Memorandum in Support Thereof" (Dkt. # 59). Upon review of the briefs, this motion is HEREBY GRANTED subject to the following qualifications detailed in the government's brief: (1) the government will initially request a review of the files of the top ten primary federal agent witnesses, including the three lead federal agents and key federal surveillance witnesses, (2) if defense counsel wishes a specific agent's file reviewed, he is asked to provide that agent's name to the government, (3) the government will either provide reportable material to the defense, or notify counsel that it has been submitted to the Court for review not later than one week prior to trial, and (4) the government will not review files of state, local, or foreign law enforcement officers.

DATED this 15th day of March, 2006.

_____
Robert S. Lasnik
United States District Judge

ORDER GRANTING
MOTION FOR INSPECTION