MAGISTRATE JUDGE/DISTRICT JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  CR05-334RSL |
| Plaintiff, | ) | |
| | ) | ORDER AUTHORIZING |
| v. | ) | FOREIGN TRAVEL |
| | ) | |
| RAJINDER JOHAL, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT MANINDER SINGH KHATKAR requests permission to travel to Edmonton Alberta, Canada from Thursday June 22, 2006 until Tuesday June 27, 2006 to attend a wedding. The Court is advised that neither PTS Officer Todd Skipworth nor Assistant United States Attorney John Lulejian object. Accordingly the defense motion is GRANTED.

MANINDER SINGH KHATKAR is permitted to leave the district and travel to Edmonton Alberta, Canada from Thursday June 22, 2006 until Tuesday June 27, 2006. Upon his return to the United States the defendant shall contact his pretrial services officer.

All other conditions of release remain in effect.

Dated this 21st day of June 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge