HON. ROBERT S. LASNIK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  CR05-334RSL |
| Plaintiff, | ) | |
| | ) | ORDER AUTHORIZING |
| v. | ) | FOREIGN TRAVEL |
| | ) | |
| MANINDER SINGH KHATKAR, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT MANINDER SINGH KHATKAR's agreed motion to travel to Surrey BC Canada on August 11, 2006 and return to the United States on August 13, 2006 is GRANTED.

Upon his return to the United States the defendant shall promptly contact his pretrial services officer. All other conditions of the defendant's release shall remain in effect.

Dated this 10th  day of August, 2006.

S/MARY ALICE THEILER
Mary Alice Theiler,
U. S. Magistrate Judge